# United States District Court

DISTRICT OF Connecticut

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

ALICE MURPHY

V.

DANIEL K. KWIATEK
SULLIVAN, CROSS & DAVIS, INC.

Case Number: 3:03cv173 (MRK)

I, _____KEVIN F. ROWE_____, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _____Oct. 5, 2004_____, as it appears in the records of this court, and that
<sub>Date</sub>

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 43(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

_11/15/04_
Date

KEVIN F. ROWE
Clerk

_[signature]_
(By) Deputy Clerk

---

\* Insert the appropriate language: . . . "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." . . . "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . . "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date] ."

(†Note: The motions listed in Rule 4 (a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

03cv173 def jgmt

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ALICE MURPHY

    Plaintiff,

v.

DANIEL K. KWIATEK,
SULLIVAN, CROSS & DAVIS, INC.

    Defendants.

NO. 3:03cv173 (MRK)

FILED Oct 5 12 47 PM '04

## JUDGMENT

This action came on for consideration before the Honorable Mark R. Kravitz, United States District Judge, and the Honorable William I. Garfinkel, United States Magistrate Judge, as a result of the plaintiff's Motion for Judgment Upon Default. On March 22, 2004, an Order entered granting the motion for default judgment against the defendants, Daniel Kwiatek and Sullivan Cross & Davis. A hearing on damages was held on July 12, 2004, before the Honorable William I Garfinkel, United States Magistrate Judge. On September 10, 2004, a Recommended Ruling on damages entered ordering that final judgment enter for the plaintiff, against the defendants, Daniel Kwiatek and Sullivan Cross & Davis, in the amount of $1,000.00 in statutory damages, $5000.00 in punitive damages, $1,350.00 in attorney's fees, and $150.00 in costs for a total of $7,500.00. On October 4, 2004, the Recommended Ruling was approved and accepted by the Honorable Mark R. Kravitz, United States District Judge.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff, against the defendants, Daniel Kwiatek and Sullivan Cross & Davis, in the amount of $7,500.00.

Dated at New Haven, Connecticut this 5th day of October, 2004

KEVIN F. ROWE, Clerk

By *Kenneth R. Ghilardi*
Kenneth R. Ghilardi
Deputy Clerk

EOD: 10/5/04

I hereby certify that the foregoing is a true copy of the original document on file. Date: 11-17-04

KEVIN F. ROWE
Clerk

By *Michelle Sherman*
Deputy Clerk

## AFFIDAVIT OF JOANNE S. FAULKNER

I, Joanne S. Faulkner, being duly sworn, do hereby on oath depose and state as follows:

1. I am over twenty-one years of age and understand the obligations and consequences of an oath.

2. I am the judgment creditor's attorney in the matter of Alice Murphy v. Daniel K. Kwiatek and Sullivan, Cross, & Davis, Inc.

3. The judgment creditor's attorney's last known name and post office address in the aforementioned matter is as follows:

    Attorney Joanne S. Faulkner
    123 Avon Street
    New Haven, CT 06511

4. The judgment debtor's last known name and post office address in the aforementioned matter is as follows:

    Sullivan, Cross & Davis, Inc.
    10 Ipswich River Road
    Danvers, MA 01984

Joanne S. Faulkner
(by Shennan Kavanagh, with permission)

Dated: December 15, 2004.